UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10913WGY

| | |
|---|---|
| ROBERT LINGLEY, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BERNARDI'S INC., | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for the Defendant, Bernardi's Inc. in the above-entitled action.

BERNARDI'S INC.
By its attorneys,

_/s/ Gary M. Feldman_
Gary M. Feldman
BBO #162070
**DAVIS, MALM & D'AGOSTINE, P.C.**
One Boston Place
Boston, MA 02108
(617) 367-2500

Dated: June 3, 2005

369264v.1