UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10913WGY

| | |
|---|---|
| ROBERT LINGLEY,<br>            Plaintiff,<br><br>v.<br><br>BERNARDI'S INC.,<br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

Please enter my appearance as attorney for the Defendant, Bernardi's Inc. in the above-entitled action.

                                        BERNARDI'S INC.
                                        By its attorneys,


                                        /s/ David M. Cogliano
                                        David M. Cogliano
                                        BBO # 630185
                                        **DAVIS, MALM & D'AGOSTINE, P.C.**
                                        One Boston Place
                                        Boston, MA  02108
                                        (617) 367-2500

Dated:  June 3, 2005

369268v.1