UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10913WGY

| | |
|---|---|
| ROBERT LINGLEY,<br>          Plaintiff,<br><br>v.<br><br>BERNARDI'S INC.,<br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2005 I caused to be served the Notices of Appearance for Gary M. Feldman and David M. Cogliano upon the follow individual:

>David B. Stein, Esq.
>Rubin, Weisman, Colasanti, Kajko & Stein, LLP
>430 Bedford Street
>Lexington, MA  02420

by causing the same to be served via electronic means through electronic filing with the Clerk of the District Court using the CM/ECF system.

                              /s/ Gary M. Feldman
                              Gary M. Feldman

369558v.1