# UNITED STATES DISTRICT COURT

District of  Massachusetts

Robert Lingley,
    Plaintiff

V.

Bernardi's, Inc.
    Defendant

## SUMMONS IN A CIVIL CASE

CASE NUMBER: **05 10913 WGY**

TO: (Name and address of Defendant)

    Bernardi's, Inc.
    960 Worcester Road
    Natick, MA 01760

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    David B. Stein, Esquire
    c/o Rubin, Weisman, Colasanti, Kajko & Stein, LLP
    430 Bedford Street
    Lexington, MA 02420

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE  5-3-05

Middlesex Sheriff's Office • Civil Process Division, P.O. Box 827, Framingham, MA 01701 • (508) 872-3110

Middlesex, ss.

May 31, 2005

I hereby certify and return that on 5/27/2005 at 10:52AM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET in this action in the following manner: To wit, by delivering in hand to PENNY MERRITT, agent, person in charge at the time of service for BERNARDI'S INC., at , 960 WORCESTER Road, NATICK, MA 01760. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($2.40), Postage and Handling ($1.00), Travel ($10.88) Total Charges $49.28

_____
Deputy Sheriff

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
             Date                Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.