## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

ROBERT LINGLEY,

            Plaintiff,

               v.

BERNARDI'S, INC.
             Defendant.

**C. A. No. 05  10913 WGY**

## DEFENDANT BERNARDI'S, INC.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)

Defendant, Bernardi's Inc., pursuant to Fed. R. Civ. P. 12(b)(6), hereby moves this court to dismiss this action on the grounds that the Complaint fails to state any claims upon which relieve can be granted.  In support of this Motion, Bernardi's Inc. states that Plaintiff was exempt from receiving overtime compensation pursuant to both the Fair Labor Standards Act and Massachusetts law.  Additionally, Plaintiff has failed to exhaust his administrative remedies under state law.  Finally, even if this court does not dismiss Plaintiff's state law claim, this court should decline to exercise supplemental jurisdiction over that claim once the FLSA claim is dismissed.

The grounds for Defendant's Motion to Dismiss are more fully set forth in the accompanying papers which consist of:

1. Defendant's Memorandum of Law in Support of Its Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6); and,

2. Affidavit of Richard Voss with attached exhibits.

## REQUEST FOR HEARING

Defendant requests a hearing on this Motion.

## CERTIFICATION

Counsel for the Defendant certifies that he has conferred with Plaintiff's counsel

and has attempted to resolve or narrow the issue pursuant to Local Rule 7.1(A)(2).


BERNARDI'S, INC
By its Attorneys,


___/s/ Gary M. Feldman_____
Gary M. Feldman, BBO # 162070
David M. Cogliano, BBO#630158
**DAVIS, MALM & D'AGOSTINE, P.C.**
One Boston Place
Boston, MA 02108-4470


Dated:
370701_1