UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10913WGY

|  |  |
|---|---|
| ROBERT LINGLEY,<br>　　　　　Plaintiff,<br><br>v.<br><br>BERNARDI'S INC.,<br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **AFFIDAVIT OF RICHARD VOSS**

I, Richard Voss, on oath depose and state:

1.　　I am employed by the defendant, Bernardi's Inc. ("Bernardi's"), as the Service Director of Bernardi's Honda, Volkswagen and Audi automobile dealerships.

2.　　In my position, I have overall responsibility for the operation of the service departments at each of these three dealerships.

3.　　Attached hereto as Exhibit A is a true and accurate copy of the Plaintiff's Service Advisor Job Description, which the plaintiff signed on September 23, 2002. The plaintiff's actual performance included the duties described on Exhibit A.

4.　　The plaintiff's compensation plan included a weekly base salary, together with a commission based on the volume of sales of service and parts of the Volkswagen service department. Attached hereto as Exhibit B is a true and accurate copy of the plaintiff's Compensation Plan for Advisor Bob Lingley, which he signed on January 15, 2003.

5.　　Attached hereto as Exhibit C is a true and accurate copy of the Appointment Booking Bonus plan for Robert Lingley, which he signed on May 5, 2003.

Signed under the pains and penalties of perjury this 14 day of June 2005.

Richard Voss
Service Director

# EXHIBIT A

Bob Lingley

## SERVICE ADVISOR JOB DESCRIPTION
### (SEADJOD2) (AS OF 1/16/98)

HOURS ARE 7:12 A.M. TO 5:30 P.M., OR UNTIL YOUR WORK IS COMPLETED, MONDAY THRU FRIDAY, YOU MUST BE FLEXIBLE ON THE PUNCH OUT TIME DUE TO THE UNPREDICTABLE NATURE OF THIS BUSINESS. OUR GOAL IS TO RETURN THE CAR IN THE SAME DAY WHENEVER POSSIBLE. TO ACHIEVE THIS GOAL WE WILL NEED ALL EMPLOYEES TO WORK SOME OVERTIME ON WEEK NIGHTS AND SATURDAYS. ALL EMPLOYEES WILL BE EXPECTED TO WORK TWO SATURDAYS OR MORE A MONTH, WITH THE OPTION OF TAKING OTHER TIME OFF. SATURDAYS HOURS ARE 8:45 A.M. THRU 2:00 P.M. (SUBJECT TO CHANGE). PLEASE BE FLEXIBLE WITH THE TIME OF YOUR LUNCH BREAK, AND SET UP A SCHEDULE EACH DAY WITH THE OTHER FRONT OFFICE EMPLOYEES TO INSURE THAT THERE ARE ALWAYS ENOUGH PERSONNEL TO PROPERLY HANDLE OUR CUSTOMERS DURING BREAKS. ADVISORS WORK ON A COMMISSION AND HAVE THE OPTION OF WORKING THRU THEIR LUNCH BREAK. WORKING HOURS ARE SUBJECT TO CHANGE AT ANY TIME, WITH THE INCREASED DEMAND OF CUSTOMER SATISFACTION AND THE NEED TO KEEP AHEAD OF THE COMPETITION. I WILL BE AS RESPONSIVE AND FLEXIBLE AS POSSIBLE WITH ALL EMPLOYEES, AND I EXPECT EMPLOYEES TO UNDERSTAND THE NECESSITY OF THIS ISSUE.

TO GREET SERVICE CUSTOMERS AND PREPARE THEIR WORK ORDERS.

TO CALL CUSTOMERS WITH ACCURATE ESTIMATES AND GET THEIR AUTHORIZATION TO DO REPAIRS.

ACCURATE AND TIMELY COMMUNICATION WITH THE TECHNICIANS AND FOREMAN.

TO DOCUMENT ON THE REPAIR ORDER THE ESTIMATE, WHO YOU TALKED TO, AND WHAT TIME YOU CALLED. MAKE SURE TO ITEMIZE AND THEN GIVE A TOTAL BOTTOM LINE ESTIMATE TO ELIMINATE ANY CONFUSION ON THE TOTAL COST OF REPAIRS. PLEASE LIST THE TIME AND THE PERSON WHO WAS GIVEN THE BOTTOM LINE TOTAL ON YOUR DAILY ROUTE SHEET. YOUR DAILY ROUTE SHEET SHOULD BE COMPLETELY FILLED OUT AND LEFT ON YOUR DESK SO IF THERE ARE ANY QUESTIONS AT NIGHT WHEN SERVICE IS CLOSED THERE IS INFORMATION FOR THE PERSON HELPING THE CUSTOMER.

PLEASE TREAT THE INTERNALS (UCD AND NCD), IN THE SAME PROFESSIONAL MANNER WITH THE SAME DOCUMENTATION AS RETAIL CASH WORK.

TO ANSWER SERVICE PHONE CALLS, BOOK APPOINTMENTS, AND ANSWER ANY SERVICE RELATED QUESTIONS. IF YOU DON'T KNOW THE ANSWER YOU MUST TAKE THE TIME TO RESEARCH AND FIND THE CORRECT INFORMATION. IF A CUSTOMER IS UPSET BECAUSE WE CAN'T FIT THEM IN FOR A EMERGENCY OR A REQUESTED APPOINTMENT DATE PLEASE REVIEW THIS WITH A MANAGER BEFORE TELLING THE CUSTOMER WE CAN'T HELP THEM AND LEAVING THEM ANGRY AND DISSATISFIED. OUR OBJECTIVE IS TO SATISFY OUR CUSTOMERS AND WE WILL GO TO EXTREMES TO DO THIS, WE HAVE TO DO WHAT'S CONVENIENT FOR OUR CUSTOMERS, NOT OURSELVES.

UNDER NO CIRCUMSTANCES IS A SERVICE ADVISOR AUTHORIZED TO ARGUE, HANG UP ON, OR ASK A CUSTOMER TO LEAVE (THROW THEM OUT). BEFORE THE SITUATION GETS TO THAT POINT PLEASE GET A MANAGER INVOLVED.

TO CLOSE YOUR SERVICE REPAIR ORDERS, HAVING AN ACCURATE CAUSE AND CORRECTION. ALL OPERATIONS MUST BE ACCURATELY CODED FOR ACCOUNTING AND WARRANTY CODES. ALL NEEDED OR RECOMMENDED REPAIRS MUST BE RECORDED ON THE REPAIR ORDER, WITH THE MINIMUM BEING THE NEXT RECOMMENDED MAINTENANCE.

TO CALL CUSTOMERS WITH THEIR COMPLETED BILL AND REVIEW REPAIRS AND CHARGES, MAKING SURE THE CUSTOMER IS GIVEN THE BOTTOM LINE TOTAL.

ALL ADVISORS WILL RESPONSIBLE FOR BILLING THEIR OWN REPAIR ORDERS.

TO ASSIST CUSTOMERS WITH PROBLEMS FROM SURVEYS AND SERVICE GRADE CARDS.

TO KEEP SERVICE BULLETINS, SERVICE NEWS, MEMOS, AND THEIR  SERVICE DESKS ORGANIZED AND NEAT. DO NOT LEAVE SERVICE FOLDERS OR REPAIR ORDERS ON DESK, FILE THEM AS SOON AS YOU ARE FINISHED WITH THEM.

TO DO CUSTOMER NAME CHANGES AND SPECIAL ORDER PARTS.

TO COMPLETE EXTENDED WARRANTIES IN A ACCURATE AND TIMELY MANNER USING THE PROCEDURES AND WORKSHEETS PROVIDED.

TO ASSIST IN MARKETING WHEN REQUESTED BY YOUR MANAGER. THESE DUTIES INCLUDE CALLING CUSTOMERS WHO ARE DUE, OR OVER DUE FOR MAINTENANCE OR REPAIRS, CUSTOMERS WHOSE SPECIAL ORDER PARTS HAVE ARRIVED, OR ASSISTING IN ANY OTHER MARKETING PLAN WHEN REQUESTED. THESE REQUESTS WILL BE MADE DURING SLOW TIMES IN YOUR SCHEDULE, WHEN THERE IS FREE TIME TO WORK ON THESE PROGRAMS WITH OUT INTERFERING WITH YOUR OTHER ADVISOR DUTIES.

TO HELP WITH ANY MINOR OFFICE TASKS AS THE NEED ARISES.

TO KEEP YOUR SALARY CONFIDENTIAL AND NOT TO DISCUSS IT WITH OTHER EMPLOYEES BECAUSE OF THE OBVIOUS RESENTMENT AND PROBLEMS THIS CAN CAUSE.

TO ATTEND OFFICE MEETINGS.

TO STAY UP TO DATE ON PERFORMANCE FILM TRAINING, AND FACTORY SCHOOLS.

TO DRESS PROFESSIONALLY AND FOLLOW THE GUIDELINES OF THE COMPANY POLICY BOOK.

TO READ AND SIGN THE COMPANY HANDBOOK, AND IF YOU HAVE ANY QUESTIONS PLEASE ASK.

TO BE READY, WILLING, AND ABLE TO DO WHATEVER IS ASKED OF YOU, AND BERNARDI HONDA WILL TREAT YOU IN THE SAME MANNER.

I HAVE READ, UNDERSTAND, AND AGREE TO ABIDE TO THIS JOB DESCRIPTION.

SIGNED _____ DATE 9/23/02
        (EMPLOYEE)

THIS JOB DESCRIPTION WAS PREPARED BY SERVICE DIRECTOR RICK VOSS.

# EXHIBIT B

## COMPENSATION PLAN FOR ADVISOR BOB LINGLEY – As of 1/6/03

This plan will include a base salary, as well as a commission, based on sales, and CSI performance. This plan provides security, rewards for sales performance, and customer satisfaction. We use only question #2 because it is specifically rating just the satisfaction with the advisors, which the advisors have control over.

The bonus will be paid weekly. It will be based on the week's sales, and the most recent CSI score on Question #2, (Satisfaction with service advisor, see attached example of the CSI report).

Your commission percentage will be determined by your CSI score. If you are at or above the area average, of the most current report, your percentage will be .6%, if you are below the area average, your percentage will be .3%.

(Examples: $17,000 x .3% = $51.00
$17,000 x .6% = $102.00

|  | Weekly | Annual |  |
|---|---|---|---|
| Base salary will be | $825.00 | $42,900.00 |  |
| Commission | $51.00 | $2,652.00 | Example: $17,000 Sales |
| Total | $876.00 | $45,552.00 |  |
|  |  |  |  |
| Base salary will be | $825.00 | $42,900.00 |  |
| Commission | $102.00 | $5,304.00 | Example: $17,000  Sales |
| Total | $927.00 | $48,204.00 |  |

I have read and understand the above compensation plan.

_Robert Lingley_____    Date _1 / 15 / 0 3_
(Employee signature)

Good luck with your plan.

Sincerely,

Rick  Voss
Service director

# EXHIBIT C

# APPOINTMENT BOOKING BONUS

We well start an appointment booking bonus immediately.
The new program is the following:

We will back $75.00 out of your existing salary.

For every appointment you book, you will receive $3.00. The quick lube board is excluded from this bonus.

You will be paid weekly. The appointment count will be posted in the office weekly.

We are expecting a minimum of 25 appointments a week (5 a day). This will earn back the $75.00 we backed out of your salary.
You earn $3.00 extra for every appointment over 25. Take a look at the posted Honda appointments. The guys who are working hard to answer the phone and book appointments are making a serious amount of extra cash.

I will give you a guarantee for the first three weeks, because the V.W. schedule is already booked out that far. If you are ahead of the 25 appointments I will pay you the extra, if you are under 25, I will pay you as if you have made the 25, but only for the first 3 weeks.

Good luck on the new plan.

I have read and understand the above policy.

Employee: _Robert Lingley_    Date: _5 / 15 / 03_
               (Robert Lingley)