UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10913WGY

|  |  |
|---|---|
| ROBERT LINGLEY, | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| BERNARDI'S INC., | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2005, I caused to be served Defendant Bernardi's, Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Bernardi's, Inc.'s Memorandum of Law in Support of Its Motion to Dismiss and the Affidavit of Richard Voss upon the following individual:

> David B. Stein, Esq.
> Rubin, Weisman, Colasanti, Kajko & Stein, LLP
> 430 Bedford Street
> Lexington, MA  02420

by causing the same to be served via electronic means through electronic filing with the Clerk of the District Court using the CM/ECF system.

    /s/ Gary M. Feldman
Gary M. Feldman

369558v.1