UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 05-10913WGY

ROBERT LINGLEY,
         Plaintiff

VS.

BERNARDI'S, INC
         Defendant

**PLAINTIFF'S ASSENTED TO MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

    Plaintiff, Robert Lingley, hereby respectfully requests that this Court grant him one final extension until July 19, 2005 to file his Opposition to Defendant's Motion to Dismiss.

    As a result of Counsel's trial schedule, Plaintiff respectfully requests this final one-week extension to file his Opposition.

    Defendant has given its assent to this Motion.

ASSENTED TO:

ROBERT LINGLEY,
By His Attorneys,
RUBIN, WEISMAN, COLASANTI,
KAJKO & STEIN, LLP

_____
David B. Stein, BBO# 556456
430 Bedford Street
Lexington, MA 02420
Tel.: (781) 860-9500
Fax: (781) 863-0046

Dated: July 11, 2005

BERNARDI'S, INC.
By Its Attorneys,
DAVIS, MALM & D'AGOSTINE, P.C.

_____
Gary M. Feldman, BBO# 162070
David M. Cogliano, BBO# 630158
One Boston Place
Boston, MA 02108-4470
Tel.: (617) 367-2500

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/by hand.

Dated: 7/11/05